IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NATIONAL WARRANTY OF FLORIDA, INC.; LYNDON PROPERTY INSURANCE CO., INC.; CHRIS CHISM; CENTRO INSPECTION AGENCY; RONALD BECKER; et al., | ) CIVIL ACTION NO. 2:05-CV-1126-W |
| Defendants. | ) |

## JOINT MOTION TO DISMISS RONALD J. BECKER & CENTRO INSPECTION AGENCY

COMES NOW, Defendants Ronald J. Becker and Centro Inspection Agency ("Defendants") and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure hereby move to dismiss Plaintiff's Complaint on the following basis:

1. The Complaint fails to state a cause of action against Defendants upon which relief can be granted.

In support of this motion, Defendants rely upon Defendants' Memorandum Brief in Support of Joint Motion to Dismiss Ronald J. Becker and Centro Inspection Agency.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Court to dismiss this Complaint.

{B0550260}

Dated this the 1st day of December, 2005.

        /s/ Anthony C. Harlow
W. MICHAEL ATCHISON
Bar No.:  ASB-4005-T75W
ANTHONY C. HARLOW
Bar No: ASB-5692-W74A
G. MATTHEW KEENAN
Bar No.:  ASB-4664-G63K
Attorneys for National Warranty of Florida, Inc., Lyndon Property Insurance Co., Inc., Chris Chisam, Centro Inspection Agency and Ronald Becker
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

2

{B0550260}

## CERTIFICATE OF SERVICE

      I do hereby certify that on <u>December 1, 2005</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey C. Kirby
PITTMAN, HOOKS, DUTTON
  KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
(205) 322-8880

                                      Respectfully submitted,

                                      /s/ Anthony C. Harlow
                                      Anthony C. Harlow
                                      Bar Number: ASB-5692-W74A
                                      STARNES & ATCHISON LLP
                                      Seventh Floor, 100 Brookwood Place
                                      Post Office Box 598512
                                      Birmingham, Alabama, 35259-8512
                                      Telephone: (205) 868-6000
                                      Facsimile: (205) 868-6099
                                      e-mail: ach@starneslaw.com

{B0550260}