IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL WARRANTY OF FLORIDA, INC.; LYNDON PROPERTY INSURANCE CO., INC.; CHRIS CHISM; CENTRO INSPECTION AGENCY; RONALD BECKER; et al., | ) CIVIL ACTION NO. CV-_____ |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF RONALD J. BECKER

STATE OF ALABAMA          )

COUNTY OF JEFFERSON    )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Ronald J. Becker, who is known to me, who, after being duly sworn, deposes and says as follows:

1. My name is Ronald J. Becker. I am over the age of nineteen (19) and reside in Gardendale, Alabama.

2. I am giving this affidavit in connection with the case of *Troy Newton v. National Warranty of Florida, Inc., et al.*, pending in the Circuit Court of Montgomery County, Alabama, CV-05-2604. I have personal knowledge of the facts and events testified to herein.

{B0550183}

3. I am an independent inspector. In 2004, I was retained by Centro Inspection Agency to inspect Plaintiff's motor home, a 1996 Allegro, VIN 4UZR69R14T2307472, to determine the cause of engine failure of the motor home.

4. On August 9, 2004, I inspected Plaintiff's motor home. I could not determine the exact cause of failure. The engine needed to be disassembled to determine the exact cause of the knocking sound coming from the engine. I reported my findings to Centro Inspection Agency. A true and correct copy of my report is attached as Exhibit 1. On August 31, 2004, I inspected Plaintiff's 1996 Allegro motor home a second time. I reported my findings to Centro Inspection Agency. A true and correct copy of my report is attached as Exhibit 2.

5. I was not retained by Plaintiff nor requested by Plaintiff to inspect his motor home. I am not a party to any contract with Plaintiff. I have not entered into any contracts with Plaintiff individually or on behalf of another entity. To the best of my knowledge and memory, I have never spoken to the Plaintiff.

6. I made no decision as to any payment regarding Plaintiff's claim on the warranty in question. I do not process or adjudicate claims. I only inspect vehicles and report my findings.

7. I am not an employee of National Warranty of Florida, Lyndon Property Insurance Company, or Centro Inspection Agency. I am a self-employed, independent contractor.

Furthermore, Affiant saith not.

_____
Ronald J. Becker

STATE OF ALABAMA        )
COUNTY OF JEFFERSON    )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared **Ronald J. Becker**, who is known to me, who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this 23rd day of November, 2005.

_____
Notary Public
My Commission Expires:   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                         MY COMMISSION EXPIRES: Aug 20, 200_
                         BONDED THRU NOTARY PUBLIC UNDERWRITERS
                         Aug 20, 2006
                         KSO

(OFFICIAL NOTARY SEAL)

{B0550183}                                3

# EXHIBIT 1



**Centro Inspection Agency**

Return to Report

**Order Information**

| | |
|---|---|
| Client | WARRANTY SERVICES |
| Claim ID | GSF64903 |
| Order Date | 8/6/2004 4:06:27 PM |
| Inspector Name | RONALD BECKER |
| Contract Number | PZH |
| Insured Party | NEWTON |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Vehicle VIN Number | 4UZR69R14T2307472 |
| Vehicle Mileage | 29233 |

**Facility Information**

| | |
|---|---|
| Facility Name | CUMMINS OF ALABAMA |
| Facility Address | 2200 PINSON HWY |
| Facility City | BIRMINGHAM |
| Facility State | AL |
| Facility Contact | FRED |
| Adjuster | JDK |
| Adjuster Extension | 5852 |
| Adjuster Email | |

**Reason For Inspection**

VERIFY ENGINE FAILURE, EXTENT OF DAMAGE, CYLINDER FAILURE

**Report Information**

| | |
|---|---|
| Inspection Date | 8/9/2004 12:15:00 PM |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Current VIN Number | 4UZR69R14T2307472 |
| Current Mileage | 29233 |
| Vehicle Trim | |
| Labor Rate / Type | 95   PROVIDED VERBALLY |
| Engine Type | 6B 5.9L TURBO |
| Transmission / Model | AUTO |
| Wheel Drive Type | REAR WHEEL DRIVE (RWD) |

| | | | |
|---|---|---|---|
| Engine Oil Level | Drained | Engine Oil Condition | Good |
| Coolant Level | Full | Coolant Condition | Good |
| Transmission Level | Full | Transmission Condition | Good |
| Power Steering Level | Full | Power Steering Condition | Good |
| Brake fluid Level | N/A | Brake Fluid Condition | N/A |
| Differential Fluid Level | N/A | Differential Fluid Condition | N/A |
| Transfer Case Level | N/A | Transfer Case Condition | N/A |

**Miscellaneous Comments**

OIL FILTER ON VEHICLE IS FLEET GUARD. OIL FILTER WAS CHANGED ON 7/28/04.

| | | | |
|---|---|---|---|
| Commercial Use ? | NO | Why | |
| Modifications ? | NO | What | |
| Collision ? | NO | Describe | |
| Tow Hitch ? | YES | Type | TOW BAR FOR CAR |
| Towed or Driven In | DRIVEN | | |
| Belts | GOOD | | |
| Hoses | GOOD | | |
| Overall Condition | GOOD | | |

**Customer Complaint, Repair Order Number, Date Opened, Shop Name on Repair Order**
CHECK FOR KNOCKING.

**State of Assembly (be specific)**
THE ENGINE OIL PAN HAS BEEN REMOVED.

**Any recalls TSB's, Oasis/Function 70, Parts Warranty?**
NONE

**Failed Components and Extent of Damage**
THE OIL PAN DOES HAVE METAL SHAVINGS IN IT. THE #6 CYLINDER WALL IS SCORED ND THE INSIDE OF THE PISTON IS DARK BROWN FROM OVERHEATING. NONE IF THE OTHER 5 PISTONS HAVE TURNED BROWN FROM OVERHEATING NOR ARE ANY SCORED. I OCULDSEE THE SCORING IN THE #6 CYLINDER BUT I COULDN'T GET A GOOD PICTURE OF IT. ALL RODS APPEARED TO BE TIGHT.

**Measurements of Components**
NONE

**Cause of failure**
EXACT CAUSE OF FAILURE IS UNKNOWN. POSSIBLE BROKEN PISTON COOLING NOZZLE OR BROKEN PISTON RING.

**Recommendations for Repair**
NEED TO DISASSEMBLE ENGINE TO FIND EXACT CAUSE OF KNOCKING.

**Inspector Signoff**

**View Images**

Upload Date: 8/9/2004 7:29:17 PM

Notes: MOTORHOME

Upload Date: 8/9/2004 7:29:17 PM

Notes: VIN 4UZR69R14T2307472





Upload Date: 8/9/2004 7:29:17 PM

Notes: ODOMETER 29233

Upload Date: 8/9/2004 7:29:17 PM

Notes: OIL PAN WITH FINE METAL IN IT





Upload Date: 8/9/2004 7:29:17 PM

Notes: OIL FILTER

Upload Date: 8/9/2004 7:29:17 PM

Notes: PICK UP SCREEN WITH NO SLUDGE





Upload Date: 8/9/2004 7:29:17 PM

Upload Date: 8/9/2004 7:29:17 PM

Notes: #6 PISTON THAT WAS DISCOLORED FROM OVERHEATING: CAN'T SEE SCORING IN CYLINDER WALL FROM THIS ANGLE



Notes: ADDITIONAL PICTURE OF CRANKSHAFT AND PISTONS



Upload Date: 8/9/2004 7:29:17 PM

Notes: LEAKING AIR COMPRESSOR



Upload Date: 8/9/2004 7:29:17 PM

Notes: DATE OF LST OIL FILTER CHANGE



# EXHIBIT 2



Return to Report

## Order Information

| | |
|---|---|
| Client | WARRANTY SERVICES |
| Claim ID | GSF64903-R |
| Order Date | 8/30/2004 12:35:59 PM |
| Inspector Name | RONALD BECKER |
| Contract Number | PZH4599567 |
| Insured Party | NEWTON |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Vehicle VIN Number | 4UZR69R14T2307472 |
| Vehicle Mileage | 29233 |

## Facility Information

| | |
|---|---|
| Facility Name | CUMMINS OF ALABAMA |
| Facility Address | 2200 PINSON HWY |
| Facility City | BIRMINGHAM |
| Facility State | AL |
| Facility Contact | DAVID |
| Adjuster | JDK |
| Adjuster Extension | 5852 |
| Adjuster Email | |

## Reason For Inspection

VERIFY CYLINDERS FAILURE VERIFY WATER PIPE FAILURE-IS THIS CAUSE OF FAILURE OR RESULT OF FAILURE/OVERHEAT? VERIFY EXTENT OF ENGINE DAMAGE DAMAGE CAUSED BY OVERHEAT?

## Report Information

| | |
|---|---|
| Inspection Date | 8/31/2004 3:30:00 PM |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Current VIN Number | 4UZR69R14T2307472 |
| Current Mileage | 29233 |
| Vehicle Trim | |
| Labor Rate / Type | 95   PROVIDED VERBALLY |
| Engine Type | 6B 5.9L INLINE 6 TURBO CHARGED |
| Transmission / Model | AUTO |
| Wheel Drive Type | REAR WHEEL DRIVE (RWD) |

| | | | |
|---|---|---|---|
| Engine Oil Level | Drained | Engine Oil Condition | Good |
| Coolant Level | Drained | Coolant Condition | Good |
| Transmission Level | Full | Transmission Condition | Good |
| Power Steering Level | Full | Power Steering Condition | Good |
| Brake fluid Level | N/A | Brake Fluid Condition | N/A |
| Differential Fluid Level | N/A | Differential Fluid Condition | N/A |
| Transfer Case Level | N/A | Transfer Case Condition | N/A |

## Miscellaneous Comments

OIL FILTER ONVEHICLE IS FLEET GUARD.

| | | | | |
|---|---|---|---|---|
| **Commercial Use ?** | NO | **Why** | | |
| **Modifications ?** | NO | **What** | | |
| **Collision ?** | NO | **Describe** | | |
| **Tow Hitch ?** | YES | **Type** | | TOW BAR FOR CAR |
| **Towed or Driven In** | DRIVEN | | | |
| **Belts** | GOOD | | | |
| **Hoses** | GOOD | | | |
| **Overall Condition** | GOOD | | | |

**Customer Complaint, Repair Order Number, Date Opened, Shop Name on Repair Order**
CHECK FOR KNOCKING.

**State of Assembly (be specific)**
THE ENGINE HAS BEEN REMOVED AND THE HEAD, PAN, AND THE #6 ROD AND PISTON HAVE BEEN REMOVED.

**Any recalls TSB's, Oasis/Function 70, Parts Warranty?**
NONE

**Failed Components and Extent of Damage**
THE #6 PISTON AND CYLINDER WALL ARE SCORED. NO DAMAGE TO ROD OR MAIN BEARINGS AND NO DAMAGE TO THE OTHER FIVE PISTONS OR CYLINDERS. THERE IS A HAIR LINE CRACK ON THE BOTTOM THREAD OF A 5/8" WATER PIPE SCREWED INTO THE THERMOSTAT HOUSING ON THE HEAD. NO SIGN OF EXTERNAL ENGINE OVERHEATING.

**Measurements of Components**
NONE

**Cause of failure**
EXACT CAUSE OF FAILURE IS UNKNOWN. BECAUSE OF THE HAIRLINE CRACK IN THE 5/8" WATER PIPE, ITS POSSIBLE THAT AN AIR LOCK FORMED AROUND THE #6 CYLINDER WATER JACKET. THE AIR LOCK MIGHT THEN HAVE CAUSED THE #6 CYLINDER TO OVERHEAT.

**Recommendations for Repair**
REPLACE THE ENGINE WITH A REMAN. NOTE THIS BLOCK CAN'T BE BORED AND IT CAN'T BE SLEEVED.

**Inspector Signoff**

**View Images**

Upload Date: 8/31/2004 10:16:55 PM          Upload Date: 8/31/2004 10:16:55 PM

Notes: VEHICLE                                                      Notes: VIN 4UZR69R14T2307472



Upload Date: 8/31/2004 10:16:56 PM

Notes: ODOMETER 29233

Upload Date: 8/31/2004 10:16:56 PM

Notes: SCORED #6 PISTON

 

Upload Date: 8/31/2004 10:16:56 PM

Notes: SCORED #6 CYLINDER WALL

Upload Date: 8/31/2004 10:16:56 PM

Notes: #5 CYLINDER AND PISTON

 

Upload Date: 8/31/2004 10:16:56 PM

Notes: PIPE ASSEMBLY

Upload Date: 8/31/2004 10:16:56 PM

Notes: HAIRLINE CRACK IS ON THE SECOND THREAD FROM MY THUMB




Upload Date: 8/31/2004 10:16:56 PM

Notes: RUSTY AREA INSIDE PIPE WHERE THE CRACK IS LOCATED

Upload Date: 8/31/2004 10:16:56 PM

Notes: BROWN AREA IS WHERE PIPE SCREWED INTO THE HEAD; BROWN IS CORROSION FROM LEAKAGE

