IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NATIONAL WARRANTY OF FLORIDA, ) | CIVIL ACTION NO. 2:05-CV-1126-W |
| INC.; LYNDON PROPERTY INSURANCE ) | |
| CO., INC.; CHRIS CHISM; CENTRO ) | |
| INSPECTION AGENCY; RONALD ) | |
| BECKER; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO DISMISS CHRISTOPHER A. CHISAM

COMES NOW, Defendant Chris Chisam, incorrectly designated in the Complaint as "Chris Chism," and pursuant to Rule 12(b)(2) and (6) of the Federal Rules of Civil Procedure hereby moves to dismiss Plaintiff's Complaint on the following basis:

1.  This Court lacks personal jurisdiction over this Defendant; and

2.  The Complaint fails to state a cause of action against this Defendant upon which relief can be granted.

In support of this motion, Defendant relies upon Defendant's Memorandum Brief In Support Of Motion To Dismiss Christopher A. Chisam.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Court to dismiss this Complaint.

{B0550365}

2

Dated this the  1ˢᵗ  day of December, 2005.

        /s/ Anthony C. Harlow
W. MICHAEL ATCHISON
Bar No.:  ASB-4005-T75W
ANTHONY C. HARLOW
Bar No: ASB-5692-W74A
G. MATTHEW KEENAN
Bar No.:  ASB-4664-G63K
Attorneys for National Warranty of Florida, Inc., Lyndon Property Insurance Co., Inc., Chris Chisam, Centro Inspection Agency and Ronald Becker
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

2

{B0550365}

## CERTIFICATE OF SERVICE

     I do hereby certify that on <u>December 1, 2005</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey C. Kirby
PITTMAN, HOOKS, DUTTON
  KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
(205) 322-8880

                          Respectfully submitted,

                          ____/s/ Anthony C. Harlow_____
                          Anthony C. Harlow
                          Bar Number: ASB-5692-W74A
                          STARNES & ATCHISON LLP
                          Seventh Floor, 100 Brookwood Place
                          Post Office Box 598512
                          Birmingham, Alabama, 35259-8512
                          Telephone: (205) 868-6000
                          Facsimile: (205) 868-6099
                          e-mail: ach@starneslaw.com

{B0550365}