# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL WARRANTY OF FLORIDA, INC.; LYNDON PROPERTY INSURANCE CO., INC.; CHRIS CHISM; CENTRO INSPECTION AGENCY; RONALD BECKER; et al., | ) CIVIL ACTION NO. CV-_____ |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF RONALD J. BECKER

STATE OF ALABAMA           )

COUNTY OF JEFFERSON    )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Ronald J. Becker, who is known to me, who, after being duly sworn, deposes and says as follows:

1.  My name is Ronald J. Becker. I am over the age of nineteen (19) and reside in Gardendale, Alabama.

2.  I am giving this affidavit in connection with the case of *Troy Newton v. National Warranty of Florida, Inc., et al.*, pending in the Circuit Court of Montgomery County, Alabama, CV-05-2604. I have personal knowledge of the facts and events testified to herein.

{B0550183}

3. I am an independent inspector. In 2004, I was retained by Centro Inspection Agency to inspect Plaintiff's motor home, a 1996 Allegro, VIN 4UZR69R14T2307472, to determine the cause of engine failure of the motor home.

4. On August 9, 2004, I inspected Plaintiff's motor home. I could not determine the exact cause of failure. The engine needed to be disassembled to determine the exact cause of the knocking sound coming from the engine. I reported my findings to Centro Inspection Agency. A true and correct copy of my report is attached as Exhibit 1. On August 31, 2004, I inspected Plaintiff's 1996 Allegro motor home a second time. I reported my findings to Centro Inspection Agency. A true and correct copy of my report is attached as Exhibit 2.

5. I was not retained by Plaintiff nor requested by Plaintiff to inspect his motor home. I am not a party to any contract with Plaintiff. I have not entered into any contracts with Plaintiff individually or on behalf of another entity. To the best of my knowledge and memory, I have never spoken to the Plaintiff.

6. I made no decision as to any payment regarding Plaintiff's claim on the warranty in question. I do not process or adjudicate claims. I only inspect vehicles and report my findings.

7. I am not an employee of National Warranty of Florida, Lyndon Property Insurance Company, or Centro Inspection Agency. I am a self-employed, independent contractor.

Furthermore, Affiant saith not.

_____
Ronald J. Becker

STATE OF ALABAMA          )
COUNTY OF JEFFERSON       )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared **Ronald J. Becker**, who is known to me, who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this 23rd day of November, 2005.

_____
Notary Public
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Aug 20, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Aug 20, 2006
KSO

(OFFICIAL NOTARY SEAL)

{B0550183}                                3