# EXHIBIT 1



Return to Report

## Order Information

| | |
|---|---|
| Client | WARRANTY SERVICES |
| Claim ID | GSF64903 |
| Order Date | 8/6/2004 4:06:27 PM |
| Inspector Name | RONALD BECKER |
| Contract Number | PZH |
| Insured Party | NEWTON |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Vehicle VIN Number | 4UZR69R14T2307472 |
| Vehicle Mileage | 29233 |

## Facility Information

| | |
|---|---|
| Facility Name | CUMMINS OF ALABAMA |
| Facility Address | 2200 PINSON HWY |
| Facility City | BIRMINGHAM |
| Facility State | AL |
| Facility Contact | FRED |
| Adjuster | JDK |
| Adjuster Extension | 5852 |
| Adjuster Email | |

## Reason For Inspection
VERIFY ENGINE FAILURE, EXTENT OF DAMAGE, CYLINDER FAILURE

## Report Information

| | |
|---|---|
| Inspection Date | 8/9/2004 12:15:00 PM |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Current VIN Number | 4UZR69R14T2307472 |
| Current Mileage | 29233 |
| Vehicle Trim | |
| Labor Rate / Type | 95  PROVIDED VERBALLY |
| Engine Type | 6B 5.9L TURBO |
| Transmission / Model | AUTO |
| Wheel Drive Type | REAR WHEEL DRIVE (RWD) |

| | | | |
|---|---|---|---|
| Engine Oil Level | Drained | Engine Oil Condition | Good |
| Coolant Level | Full | Coolant Condition | Good |
| Transmission Level | Full | Transmission Condition | Good |
| Power Steering Level | Full | Power Steering Condition | Good |
| Brake fluid Level | N/A | Brake Fluid Condition | N/A |
| Differential Fluid Level | N/A | Differential Fluid Condition | N/A |
| Transfer Case Level | N/A | Transfer Case Condition | N/A |

## Miscellaneous Comments
OIL FILTER ON VEHICLE IS FLEET GUARD. OIL FILTER WAS CHANGED ON 7/28/04.

| | | | |
|---|---|---|---|
| **Commercial Use ?** | NO | Why | |
| **Modifications ?** | NO | What | |
| **Collision ?** | NO | Describe | |
| **Tow Hitch ?** | YES | Type | TOW BAR FOR CAR |
| **Towed or Driven In** | DRIVEN | | |
| **Belts** | GOOD | | |
| **Hoses** | GOOD | | |
| **Overall Condition** | GOOD | | |

**Customer Complaint, Repair Order Number, Date Opened, Shop Name on Repair Order**
CHECK FOR KNOCKING.

**State of Assembly (be specific)**
THE ENGINE OIL PAN HAS BEEN REMOVED.

**Any recalls TSB's, Oasis/Function 70, Parts Warranty?**
NONE

**Failed Components and Extent of Damage**
THE OIL PAN DOES HAVE METAL SHAVINGS IN IT. THE #6 CYLINDER WALL IS SCORED ND THE INSIDE OF THE PISTON IS DARK BROWN FROM OVERHEATING. NONE IF THE OTHER 5 PISTONS HAVE TURNED BROWN FROM OVERHEATING NOR ARE ANY SCORED. I OCULDSEE THE SCORING IN THE #6 CYLINDER BUT I COULDN'T GET A GOOD PICTURE OF IT. ALL RODS APPEARED TO BE TIGHT.

**Measurements of Components**
NONE

**Cause of failure**
EXACT CAUSE OF FAILURE IS UNKNOWN. POSSIBLE BROKEN PISTON COOLING NOZZLE OR BROKEN PISTON RING.
**Recommendations for Repair**
NEED TO DISASSEMBLE ENGINE TO FIND EXACT CAUSE OF KNOCKING.
**Inspector Signoff**

**View Images**

| | |
|---|---|
| Upload Date: 8/9/2004 7:29:17 PM | Upload Date: 8/9/2004 7:29:17 PM |
| Notes: MOTORHOME | Notes: VIN 4UZR69R14T2307472 |





Upload Date: 8/9/2004 7:29:17 PM

Notes: ODOMETER 29233

Upload Date: 8/9/2004 7:29:17 PM

Notes: OIL PAN WITH FINE METAL IN IT





Upload Date: 8/9/2004 7:29:17 PM

Notes: OIL FILTER

Upload Date: 8/9/2004 7:29:17 PM

Notes: PICK UP SCREEN WITH NO SLUDGE





Upload Date: 8/9/2004 7:29:17 PM

Upload Date: 8/9/2004 7:29:17 PM

Notes: #6 PISTON THAT WAS DISCOLORED FROM OVERHEATING: CAN'T SEE SCORING IN CYLINDER WALL FROM THIS ANGLE



Notes: ADDITIONAL PICTURE OF CRANKSHAFT AND PISTONS



Upload Date: 8/9/2004 7:29:17 PM

Notes: LEAKING AIR COMPRESSOR



Upload Date: 8/9/2004 7:29:17 PM

Notes: DATE OF LST OIL FILTER CHANGE

