# EXHIBIT 2

Case 2:05-cv-01126-SRW    Document 7-6    Filed 11/23/2005    Page 1 of 5



**Return to Report**

## Order Information

| | | | |
|---|---|---|---|
| Client | WARRANTY SERVICES | **Facility Information** | |
| Claim ID | GSF64903-R | Facility Name | CUMMINS OF ALABAMA |
| Order Date | 8/30/2004 12:35:59 PM | Facility Address | 2200 PINSON HWY |
| Inspector Name | RONALD BECKER | Facility City | BIRMINGHAM |
| Contract Number | PZH4599567 | Facility State | AL |
| Insured Party | NEWTON | Facility Contact | DAVID |
| Vehicle Year | 1996 | Adjuster | JDK |
| Vehicle Make | MOTOR HOME | Adjuster Extension | 5852 |
| Vehicle Model | ALLEGRO | Adjuster Email | |
| Vehicle VIN Number | 4UZR69R14T2307472 | | |
| Vehicle Mileage | 29233 | | |

## Reason For Inspection

VERIFY CYLINDERS FAILURE VERIFY WATER PIPE FAILURE-IS THIS CAUSE OF FAILURE OR RESULT OF FAILURE/OVERHEAT? VERIFY EXTENT OF ENGINE DAMAGE DAMAGE CAUSED BY OVERHEAT?

## Report Information

| | |
|---|---|
| Inspection Date | 8/31/2004 3:30:00 PM |
| Vehicle Year | 1996 |
| Vehicle Make | MOTOR HOME |
| Vehicle Model | ALLEGRO |
| Current VIN Number | 4UZR69R14T2307472 |
| Current Mileage | 29233 |
| Vehicle Trim | |
| Labor Rate / Type | 95   PROVIDED VERBALLY |
| Engine Type | 6B 5.9L INLINE 6 TURBO CHARGED |
| Transmission / Model | AUTO |
| Wheel Drive Type | REAR WHEEL DRIVE (RWD) |

| | | | |
|---|---|---|---|
| **Engine Oil Level** | Drained | **Engine Oil Condition** | Good |
| **Coolant Level** | Drained | **Coolant Condition** | Good |
| **Transmission Level** | Full | **Transmission Condition** | Good |
| **Power Steering Level** | Full | **Power Steering Condition** | Good |
| **Brake fluid Level** | N/A | **Brake Fluid Condition** | N/A |
| **Differential Fluid Level** | N/A | **Differential Fluid Condition** | N/A |
| **Transfer Case Level** | N/A | **Transfer Case Condition** | N/A |

## Miscellaneous Comments

OIL FILTER ONVEHICLE IS FLEET GUARD.

| | | | | |
|---|---|---|---|---|
| **Commercial Use ?** | NO | Why | | |
| **Modifications ?** | NO | What | | |
| **Collision ?** | NO | Describe | | |
| **Tow Hitch ?** | YES | Type | | TOW BAR FOR CAR |
| **Towed or Driven In** | DRIVEN | | | |
| **Belts** | GOOD | | | |
| **Hoses** | GOOD | | | |
| **Overall Condition** | GOOD | | | |

**Customer Complaint, Repair Order Number, Date Opened, Shop Name on Repair Order**
CHECK FOR KNOCKING.

**State of Assembly (be specific)**
THE ENGINE HAS BEEN REMOVED AND THE HEAD, PAN, AND THE #6 ROD AND PISTON HAVE BEEN REMOVED.

**Any recalls TSB's, Oasis/Function 70, Parts Warranty?**
NONE

**Failed Components and Extent of Damage**
THE #6 PISTON AND CYLINDER WALL ARE SCORED. NO DAMAGE TO ROD OR MAIN BEARINGS AND NO DAMAGE TO THE OTHER FIVE PISTONS OR CYLINDERS. THERE IS A HAIR LINE CRACK ON THE BOTTOM THREAD OF A 5/8" WATER PIPE SCREWED INTO THE THERMOSTAT HOUSING ON THE HEAD. NO SIGN OF EXTERNAL ENGINE OVERHEATING.

**Measurements of Components**
NONE

**Cause of failure**
EXACT CAUSE OF FAILURE IS UNKNOWN. BECAUSE OF THE HAIRLINE CRACK IN THE 5/8" WATER PIPE, ITS POSSIBLE THAT AN AIR LOCK FORMED AROUND THE #6 CYLINDER WATER JACKET. THE AIR LOCK MIGHT THEN HAVE CAUSED THE #6 CYLINDER TO OVERHEAT.

**Recommendations for Repair**
REPLACE THE ENGINE WITH A REMAN. NOTE THIS BLOCK CAN'T BE BORED AND IT CAN'T BE SLEEVED.

**Inspector Signoff**

**View Images**

Upload Date: 8/31/2004 10:16:55 PM       Upload Date: 8/31/2004 10:16:55 PM
Notes: VEHICLE                            Notes: VIN 4UZR69R14T2307472




Upload Date: 8/31/2004 10:16:56 PM

Notes: ODOMETER 29233

Upload Date: 8/31/2004 10:16:56 PM

Notes: SCORED #6 PISTON




Upload Date: 8/31/2004 10:16:56 PM

Notes: SCORED #6 CYLINDER WALL

Upload Date: 8/31/2004 10:16:56 PM

Notes: #5 CYLINDER AND PISTON




Upload Date: 8/31/2004 10:16:56 PM

Notes: PIPE ASSEMBLY

Upload Date: 8/31/2004 10:16:56 PM

Notes: HAIRLINE CRACK IS ON THE SECOND THREAD FROM MY THUMB




Upload Date: 8/31/2004 10:16:56 PM

Notes: RUSTY AREA INSIDE PIPE WHERE THE CRACK IS LOCATED

Upload Date: 8/31/2004 10:16:56 PM

Notes: BROWN AREA IS WHERE PIPE SCREWED INTO THE HEAD; BROWN IS CORROSION FROM LEAKAGE


