# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONAL WARRANTY OF FLORIDA, )<br>INC.; LYNDON PROPERTY INSURANCE )<br>CO., INC.; CHRIS CHISM; CENTRO )<br>INSPECTION AGENCY; RONALD )<br>BECKER; et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. CV-_____ |

## AFFIDAVIT OF JENNIFER L. SHAW

STATE OF COLORADO    )

COUNTY OF JEFFERSON  )

Before me, the undersigned, a Notary Public, in and for said county and state, personally appeared Jennifer L. Shaw, who is known to me, who, after being duly sworn, deposes and says as follows:

1.  My name is Jennifer L. Shaw. I am a Senior Vice-President of Operations for National Warranty of Florida, Inc. ("National Warranty"). I have held this position for the past year. I have been employed with National Warranty for eighteen (18) years. I am over the age of nineteen (19) and reside in Arvada, Colorado.

2.  I am giving this affidavit in connection with the above-styled lawsuit. I have personal knowledge of the facts and events testified to herein.

{B0550272}

3. National Warranty is a Florida corporation with its principle place of business located in Denver, Colorado.

4. On or about October 10, 2003, a Recreational Vehicle Service Agreement was issued by National Warranty to Mr. Troy D. Newton. The Agreement issued to Mr. Newton is No. PZH-4599567. A true and correct copy of this Agreement is attached to this affidavit as Exhibit 1. The RV was sold by Lazy Days RV Center in Seffner, Florida. The price charged Mr. Newton for the Agreement was $4,486.00. The recreational vehicle covered by the Agreement was a 1996 Allegro VIN 4UZR69R14T2307472. The vehicle purchase price was $70,713.00. The warranty term if for thirty-six (36) months or 30,000 odometer miles, whichever occurs first.

5. Invoices submitted to National Warranty to repair the engine problems referenced by the Plaintiff in his Complaint amounted to a total of $8,873.94.

Further, Affiant saith not.

_____
Jennifer L. Shaw,
Vice-President of Operations for National
Warranty of Florida, Inc.

STATE OF COLORADO    )
COUNTY OF JEFFERSON  )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared **Jennifer L. Shaw**, who is known to me, who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit, and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this 22 day of November 2005.

_____
Notary Public
My Commission Expires: 2/25/08
(OFFICIAL NOTARY SEAL)

{B0550272}