# EXHIBIT 1

2254.88    1434 = 2251.12

# National Warranty of Florida, Inc.
Florida License Number: 60090

## Recreational Vehicle Service Agreement

THE PLAN
P.O. Box 1088 • Wheat Ridge, CO 80034-1088
Administration: (800) 354-7019 • Claims: (800) 438-1881

### DECLARATION SECTION

| Agreement Holder Name(s) | Agreement Number |
|---|---|
| TROY D NEWTON | PZH- 4599567 |
| | Telephone (334)272-1891 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 6512 LUXEMBOURG CR | MONTGOMERY | AL | 36117 |

| Issuing Dealer Name | Issuing Dealer Code | Telephone |
|---|---|---|
| LAZYDAYS RV CENTER | | 813-246-4999 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 6130 LAZY DAYS BLVD | SEFFNER | FL | 33584 |

Lien Holder Name: BANK OF AMERICA SPECIALTY

| Vehicle Year | Vehicle Make | Vehicle Model |
|---|---|---|
| 1996 | ALLEGRO | BUS |

| Chassis Serial/VIN Number | Vehicle Purchase Price | Odometer at Agreement Sale Date |
|---|---|---|
| 4UZR69R14T2307472 | 78713.00 | 26435 |

| Agreement Sale Date | Agreement Price | Vehicle Code |
|---|---|---|
| 10 OCT 2003 | 4485.00 | |

### TERM/DEDUCTIBLE/COVERAGE/OPTIONS

**MOTOR HOME**
Term selected __36__ MONTHS or __30000__ ODOMETER miles, whichever occurs first.
- New expiration is plan months added to agreement purchase date and term miles starting from 0 miles.
- Pre-owned expiration is plan months added to agreement purchase date and term miles starting at odometer reading at vehicle sale.

**TRAVEL TRAILER**
Term Selected _____ (YEARS)
Expiration is term months added to agreement purchase date.

**COVERAGE STATUS**
- ☒ Motor Home
- ☒ Supreme    ☐ Coach (new only)
- ☐ Deluxe     ☐ Powertrain
- ☐ Travel Trailer or ☐ Pop-up
- ☐ Supreme
- ☐ Deluxe

**DEDUCTIBLE**
If no amount is written in, a $200 deductible will apply.
- ☐ New Coverage $_____
- ☒ Pre-owned Coverage $200

**OPTIONS**
- ☒ Diesel Engine Package
- ☐ Deluxe Component*
- ☐ Towing Allowance Increase
- ☐ Commercial Use (new only)
- ☒ Water Cooled Diesel/Gas Generator
- ☐ Stationary Leveling Jack System*
- ☐ Leveling/Slide-out Combination*
- ☐ Slide-out Room Unit(s)*
- ☐ Audio/Video*
- ☐ Entertainment/Security (new only)*
- ☐ Raised Roof Extension System*
- ☐ Seals and Gaskets (used only)

\* Included in Supreme Coverage

### ANCILLARY BENEFITS
Included in all coverage packages at no additional cost.
- SUBSTITUTE TRANSPORTATION (MOTOR HOME ONLY)
- TRAVEL EXPENSES
- SERVICE CALL REIMBURSMENT (TRAVEL TRAILER ONLY)
- TOWING AND ROAD SERVICE

3336
500
250
400
4486

See the Ancillary Benefits Section of this Service Agreement for a complete explanation of benefits.

**PLEASE NOTE: THIS AGREEMENT IS INSURED**

Our obligations under this Service Agreement between National Warranty of Florida, Inc. and the purchaser are insured by an insurance policy issued by the Lyndon Property Insurance Company, 520 Maryville Centre Drive, St. Louis, MO 63141-5814, and the policy number is: 61-09-VW600-1299. If a covered claim is not paid within sixty (60) days after proof of loss has been filed, You may file a claim directly with the insurance company. Please contact National Warranty of Florida, Inc. for instructions at P.O. Box 1088, Wheat Ridge, CO 80034-1088, or (800) 354-7019.

The undersigned purchaser of this Agreement has read the Agreement, which consists of the DECLARATION Section and the COVERAGE Section. The DECLARATION Section identifies the coverage selected. The specific components covered are identified in the SCHEDULE OF COVERAGES Section.

PURCHASE OF THIS AGREEMENT IS NOT REQUIRED IN ORDER TO PURCHASE A VEHICLE OR OBTAIN VEHICLE FINANCING. IF THIS AGREEMENT HAS BEEN FINANCED, ABOVE LIEN HOLDER SHALL BE ENTITLED TO ANY REFUNDS RESULTING FROM CANCELLATION.

10/10/03
Date         Agreement Holder Signature         Salesperson Signature

NWF-2000 (11/02)    Original - Purchaser    Yellow - Administrator    Pink - Issuing Dealer    Gold - Lien Holder

## COVERAGE SECTION

### CONGRATULATIONS...

on the purchase of **Your** recreational vehicle, and on selecting **The Plan**... from **National Warranty of Florida, Inc.**, to give **You** peace of mind and security in the event of a mechanical **Breakdown**. This **Vehicle Agreement** applies only to **You** and **Your Vehicle** described in the **DECLARATION Section**. Please see the TRANSFER Section for information regarding **Agreement** transfer upon sale of **Your Vehicle** to another party.

### AGREEMENT PERIOD

**Coverage** under this **Agreement** begins on the **Agreement** Purchase Date at 12:01 a.m. (**Your** local standard time) and will expire as measured in time and/or mileage of the term selected, as determined in the **DECLARATION Section**. New **Vehicle Agreement** expiration is measured in term time and mileage from the **Service Agreement** sale date and zero (0) miles, whichever occurs first. Used **Vehicle Agreement** expiration is measured in term time and mileage from the **Agreement** purchase date and plan miles plus odometer miles at the time of **Vehicle** sale.

### OUR RIGHT TO RECOVER PAYMENT

If **You** have a right to recover against another party for anything **We** have paid under this **Agreement**, **Your** rights shall become **Our** rights. **You** shall do whatever is necessary to enable **Us** to enforce these rights. **We** shall recover only the excess after **You** are fully compensated for **Your** loss.

### DEFINITIONS

The following definitions apply to words frequently used in this **Agreement** and appear in bold-faced type:

**You, Your** - Means the **Agreement** holder shown on the **DECLARATION Section**, or the person to whom this **Agreement** was properly transferred.
**Administrator** - Means National Warranty of Florida, Inc.
**We, Us, Our** - Means the **Administrator**, National Warranty of Florida, Inc., who is obligated to perform under this **Agreement** as shown in the **DECLARATION Section**.
**Agreement** - Means this **Vehicle Service Agreement**.
**DECLARATION Section** - Means the section at the top of the front page which lists information regarding **You**, **Your Vehicle**, **Us**, and other vital information.
**Coverage** - Means the protection **You** selected as shown in this **Agreement**.
**Vehicle** - Means the recreational vehicle which is described on the **DECLARATION Section**.
**Deductible** - Means the amount **You** are required to pay, as shown on the **DECLARATION Section**, per repair visit for covered **Breakdowns**. Once a part is repaired or replaced under the terms of this **Agreement**, there will be no **Deductible** for future repairs to that part.
**Breakdown** - Means the failure of a covered part under normal service. A covered part has failed when it can no longer perform the function for which it was designed solely because of its condition and not because of the action or inaction of any non-covered parts, or the part has worn beyond the manufacturer's field tolerances.

### PURCHASER RESPONSIBILITIES

To receive the full benefits of this **Agreement**, **You** must at **Your** expense:
1. Have the **Vehicle** serviced as recommended by the manufacturer.
2. Keep a record of maintenance validated (signed and stamped) by the Servicing or Issuing Dealer, and keep receipts and work orders showing date, mileage, and service performed. If performing **Your** own maintenance, keep receipts and a log showing date, mileage, and maintenance performed.

### LIMIT OF LIABILITY

**Our** liability for any one (1) repair visit shall in no event exceed the actual cash value of **Your Vehicle** before **Breakdown** as determined by standard industry guides at the time of said repair visit. The total of all coverages and benefits paid or payable under this **Agreement** shall not exceed the price **You** paid for **Your Vehicle**.

**Our** liability for incidental and consequential damages including, but not limited to, personal injury, physical damage, property damage, loss of use of **Your Vehicle**, loss of time, inconvenience, and commercial loss resulting from the operation, maintenance or use of **Your Vehicle** is expressly excluded.

### FILING A MECHANICAL BREAKDOWN CLAIM

IF YOUR VEHICLE INCURS A BREAKDOWN, YOU MUST TAKE THE FOLLOWING STEPS TO FILE A CLAIM:

1. **Prevent Further Damage** - Take immediate action to prevent further damage. This **Agreement** will not cover the damage caused by continued use or not securing a timely repair of the failed component.
2. **Take Your Vehicle to a Licensed Repair Facility** - If **Your Vehicle** breaks down, take it to the Issuing Dealer. If this is not possible, or there is no longer an authorized dealer, take **Your Vehicle** to any licensed repair facility.
3. **Provide the Repair Facility with a copy of Your Agreement and/or Your Agreement Number**.
4. **Obtain authorization from the Administrator** - Prior to any repair being made, instruct the service manager at the repair facility to contact the **Administrator** to obtain an authorization for the claim. Any claim for repairs without prior authorization will not be covered except as provided under Emergency Repairs (#8 below). The amount authorized by the **Administrator** is the maximum amount that will be paid for repairs covered under this **Agreement**. Any additional amount must receive prior approval.
5. **Authorize Tear-Down and/or Inspection** - In some cases, **You** may need to authorize the repair facility to inspect and/or tear down **Your Vehicle** in order to determine the cause and cost of the repair. **You** will be responsible for these charges if the failure is not covered under this **Agreement**. **We** reserve the right to require an inspection of **Your Vehicle** prior to any repair being made.
6. **Review Coverage** - After the **Administrator** has been contacted, review with the service manager what will be covered by this **Agreement**.
7. **Pay Deductible** - **You** must pay to the repair facility any **Deductible** per repair visit. **We** will reimburse the repair facility or **You** for the cost of the work performed on **Your Vehicle** that is covered by this **Agreement** and previously authorized, less the **Deductible**. Once authorization is obtained and the repair is completed, all repair orders and documentation must be submitted to the **Administrator** within thirty (30) days to be eligible for payment. If **You** cannot take **Your Vehicle** back to the Issuing Dealership and an alternate repair facility will not accept **Our** authorization number for payment, **We** can make payment by **Our** credit card.
8. **Emergency Repairs** - Should an emergency occur which requires a repair of a **Breakdown** be made at a time when the **Administrator's** office is closed, follow the claims procedures above without authorization, and **We** will make reimbursement to **You** or to the repair facility in accordance with the **Agreement** provisions. **You** must call the **Administrator's** office within five (5) business days from the date of repair to determine if such repair will be covered by this **Agreement**.

---

**National Warranty of Florida, Inc. Claims: (800) 439-4861**
**You** assume all liability for payment of unauthorized repairs and for teardown on non-covered parts or repairs.

## ANCILLARY BENEFITS

**SUBSTITUTE TRANSPORTATION (MOTOR HOME ONLY)**
In the event of a covered **Breakdown**, rental car reimbursement will be provided to **You** for receipted expenses at a maximum of fifty dollars ($50) a day for every eight (8) hours, or portion thereof, of labor time required to complete the covered repair, up to a maximum of six (6) days for each occurrence. Required labor time is determined by the applicable national repair manual. (This **Coverage** does not apply toward time needed while waiting for parts or other delays beyond the control of the repair facility.) A maximum of three (3) additional days rental **Coverage** applies in the event that a major component (engine, transmission or drive assembly) is to be replaced under the terms of this **Agreement**. If **We** send an inspector to determine whether repairs are covered by this **Agreement**, and **We** determine that they are, rental reimbursement will be provided for two (2) additional days. If the repair is not covered by this **Agreement**, no rental reimbursement will be allowed.

**TOWING AND ROAD SERVICE**
In the event of a mechanical **Breakdown** of a covered part, **We** will provide towing or road service to **You**, or reimburse **You** for receipted towing charges and emergency road service labor, not to exceed one hundred and fifty dollars ($150) per occurrence. Road service labor must be performed at the location of the failure.

**TRAVEL EXPENSES**
**You** will receive reimbursement from **Us** for a maximum of three (3) days for receipted expenses for meals (restaurants only), and receipted lodging incurred by **You** and **Your** family while staying at a hotel/motel, the maximum daily rate of one hundred dollars ($100) per day if:
1. **You** cannot operate **Your Vehicle** due to a mechanical **Breakdown** covered under this **Agreement** and are more than one hundred (100) miles from home, and;
2. Meals and lodging are required because the mechanical **Breakdown**, as defined, causes a delay en route. The date of the mechanical **Breakdown** shall be considered as the first day of the three (3) day period. The expense must be incurred between the time of the mechanical **Breakdown** and the time when the repairs are completed or by the end of the third calendar day subsequent to the mechanical **Breakdown**, if the repairs are not completed, whichever occurs first.

**SERVICE CALL REIMBURSEMENT (TRAVEL TRAILER ONLY)**
In the event of a **Breakdown** of a covered part, **We** will reimburse **You** for actual receipted expenses for a service call, not to exceed seventy-five dollars ($75) per occurrence, in addition to normal parts and labor charges. In the event of a non-covered failure, the benefit will not be paid.

## SCHEDULE OF COVERAGES

A. **New and Pre-owned Motor Home, Travel Trailer, Pop-up Supreme Coverage**: includes everything not specifically excluded in the WHAT IS NOT COVERED Section.
B. **New and Pre-owned Motor Home Deluxe Coverage** includes Engine, Transmission/Transfer Case, Drive Axle (Front and Rear), Suspension, Steering, Air Conditioning, Heating/Cooling, Fuel Delivery, Braking System, Electrical, Electronic High-Tech, Chassis Frame, Water Heater, Waste System, Fresh Water, Air Conditioning/Ventilation System, Range Oven, L.P. Gas System, Heating System, Refrigerator, Auxiliary Powerplant/Generator/Electrical System, Seals and Gaskets **(New vehicles only)**.
C. **New Motor Home Coach Coverage** includes Water Heater, Waste System, Fresh Water, Air Conditioning/Ventilation System, Range and Oven, L.P. Gas System, Heating System, Refrigerator, Braking System, Suspension System, Chassis, Auxiliary Powerplant/Generator/Electrical System, Seals and Gaskets.
D. **New and Pre-owned Motor Home Powertrain Coverage** includes Engine, Transmission/Transfer Case, Drive Axle (Front and Rear).
E. **New and Pre-owned Travel Trailer Deluxe Coverage** includes Water Heater, Waste System, Fresh Water, Air Conditioning/Ventilation System, Range and Oven, L.P. Gas System, Heating System, Refrigerator, Braking System, Suspension System, Chassis, Auxiliary Powerplant/Generator/Electrical System, Seals and Gaskets **(New vehicles only)**.

**MECHANICAL BREAKDOWN**
**We** will pay or reimburse **You** for reasonable costs to repair or replace <u>any of the covered parts listed in this **Agreement**</u> if required due to mechanical **Breakdown**, less any **Deductible**. <u>Replacement parts may be new, remanufactured, or parts of like kind and quality such as serviceable used parts.</u> **Coverage** includes fluids when required as part of a covered repair. Labor will be paid out of a nationally recognized labor manual.

**DEDUCTIBLE OPTIONS:** The Deductible amount, **You** selected, as shown in the DECLARATION Section must be paid at the time of service.

## DEFINITION OF COVERAGES

A. *NEW AND PRE-OWNED MOTOR HOME, TRAVEL TRAILER, POP-UP SUPREME COVERAGE*
We will pay or reimburse **You** for reasonable costs to repair or replace any **Breakdown** of all parts except those listed under the WHAT IS NOT COVERED Section, less any **Deductible**, in accordance with the general provisions contained in this **Agreement**.

B. *NEW AND PRE-OWNED MOTOR HOME DELUXE COVERAGE*
**ENGINE** - All internally lubricated parts, including: pistons, pins and rings; connecting rods and bearings; crankshaft and main bearings; camshaft, followers and cam bearings; push rods, valves, springs, guides, seats and lifters; rocker arms, shafts and bushings; timing gear, chain, or belt, tensioners and retainers; eccentric shaft; oil pump; cylinder barrels. Engine head(s) and engine block if damaged by the failure of an internally lubricated part. Water pump; oil pan; intake and exhaust manifolds; engine mounts and cushions; engine torque strut; timing cover; valve cover(s); harmonic balancer; flywheel (flexplate) and flywheel ring gear; vacuum pump; dipstick and tube; and all pulleys.
**TRANSMISSION/TRANSFER CASE** - All internally lubricated parts contained within the transmission case; and transfer case; torque converter; vacuum modulator; internal linkage; mounts; oil pan; cooler and cooler lines; filler tube and dipstick. Transmission and transfer case if damaged by the failure of an internally lubricated part.
**DRIVE AXLE (FRONT AND REAR)** - All internally lubricated parts contained within the differential housing, transaxle housing and final drive housing. Axle shafts, constant velocity joints; universal joints; drive shafts, hub bearings; supports; retainers; and bearing; four wheel drive hubs and bearings; differential housing, transaxle housing and final drive housing if damaged by the failure of an internally lubricated part.

lower control arms, shafts, and bushings; upper and lower ball joints; steering knuckles; wheel bearings; stabilizer shaft, linkage and bushings; kingpin and bushing; torsion bars; spindle supports; coil and leaf springs; and leveling system compressor; lines; and bags; rubberized suspension components.

**STEERING** - All internally lubricated parts of the steering gear box and gear housing if damaged by the failure of an internally lubricated part. Rack and pinion gear; power steering pump; main and intermediate steering column shafts and couplings; cooler and cooler lines; power cylinder; Pitman arm; idler arm; tie rod and tie rod ends; drag links; control valve and cylinder.

**AIR CONDITIONING** - Compressor; clutch; clutch pulley; clutch coils; condenser; evaporator; POA valve; accumulator; orifice tube; temperature control programmer; power module; idler pulley and bearing; receiver-dryer; blower motor; high/low cut off switches; pressure cycling switch; PC boards; and ducts.

**HEATING/COOLING** - Water pump, including impeller shaft, bearings and bushings; radiator; heater core; fan; fan clutch; fan motor and controller module; coolant recovery unit; fan shroud; and electric block heater; heater ducts and cabins.

**FUEL DELIVERY** - Fuel pump; fuel tanks; metal fuel lines; fuel distributor; fuel injection pump; fuel injectors; carburetors; and auxiliary tank switch.

**BRAKING SYSTEM** - Master cylinder; power assist booster and pump; wheel cylinders; combination valves; hydraulic lines and fittings; disc calipers; power brake cylinder; backing plates; clips, springs and retainers; self-adjusters; parking brake linkage and cables; and rear actuators. **Air Brake** - Compressor, diaphragm, treadle; disk caliper; compensating valve; and slack adjusters.

**ELECTRICAL** - Starter; alternator; voltage regulator; distributor; wiring harness; solenoid; relays; coils and electronic engine timing control unit and sensors; manually operated switches; wiper motors; gauges; window/mirror motors and controls; power antenna and motors; seat motors; power door locks; cruise control transducer, engagement switch and servo; turn signal switch; dashboard clock; dual battery paralleling switch; powerstep system; and back-up alarm.

**ELECTRONIC HIGH-TECH** - Fuel injection sensors, control module, and injectors; electronic ignition module; electronic anti-detonation sensors and controller; electronic driver information display and module; electronic mixture control unit and sensors; electronic anti-lock brake system (ABS).

**CHASSIS FRAME** - Metal only.

**WATER HEATER** - Burner assembly; tank; thermostat; thermocouple; gas valve; heating elements; electronic ignition assembly; wiring harness; switches; fittings and connections; and PC board.

**WASTE SYSTEM** - Shower; toilet; sink(s); holding tanks; gate valves; fittings and connections.

**FRESH WATER SYSTEM** - Water pump; compressor; water tank; water lines; traps; fittings and connections; and faucets.

**AIR CONDITIONING/VENTILATION** - Compressor; evaporator; capacitors; relays; thermostat; heat strips; heat pump; condenser; accumulator; expansion valve; receiver dryer; blower motor; switches; and electronic module; reversing valve; PC boards; pressure cycling switch; ventilation fans; ducts and control panel.

**RANGE AND OVEN** - Burner assembly; thermostat; thermocouple; burner valves; microwave oven; power hood; L.P. fittings and connections; and PC board.

**L.P. GAS SYSTEM** - Regulators; valves and gauges; mounting brackets; pigtails; gas lines; and fittings and shut-off system.

**HEATING SYSTEM** - Furnace ignitor; burner assembly; thermocouple; gas valve; thermostat; blower motor; heat pump; heat strips; reversing valve; L.P. fittings and connections; and PC board.

**REFRIGERATOR** - Thermostat; thermocouple; cooling unit; burner assembly; ignitor; L.P. fittings and connections; control panel; and PC board.

**AUXILIARY POWERPLANT/GENERATOR/ELECTRICAL** - All internally lubricated parts of the powerplant engine; starter; switches; and generator assembly; voltage regulator; gauges; and PC board. Head and/or cylinder block if damaged by the failure of an internally lubricated part. Factory installed 110/220V electrical system including breaker box and breakers; wiring; outlets and power converter/inverter; interior monitor/control panel.

Note: Coverage is only available for units which are factory installed or factory approved dealer installed.

**SEALS AND GASKETS (NEW VEHICLES ONLY UNLESS OPTION IS PURCHASED)** - All seals, gaskets and sealing boots are covered for all components that are listed.

**C. NEW MOTOR HOME COACH COVERAGE**

**WATER HEATER** - Burner assembly; tank; thermostat; thermocouple; gas valve; heating elements; electronic ignition assembly; wiring harness; fittings & connections; control panel; switches; and PC board.

**WASTE SYSTEM** - Shower; toilet; sink(s); holding tanks; gate valves; fittings and connections.

**FRESH WATER SYSTEM** - Water pump; compressor; water tank; water lines; traps; fittings and connections; and faucets.

**AIR CONDITIONING/VENTILATION** - Compressor; evaporator; capacitors; relays; thermostat; condenser; heat strips; heat pump; accumulator; expansion valve; receiver dryer; blower motor; switches; electronic module; reversing valve; PC boards; pressure cycling switch; ventilation fans; ducts and control panel.

**RANGE AND OVEN** - Burner assembly; thermocouple; thermostat; burner valves; microwave oven; power hood; L.P. fittings and connections; and PC board.

**L.P. GAS SYSTEM** - Regulators; valves and gauges; mounting brackets; pigtails; gas lines; fittings and shut-off system.

**HEATING SYSTEM** - Furnace ignitor; burner assembly; thermocouple; gas valve; thermostat; blower motor; heat pumps; heat strips; L.P. fittings and connections; and PC board.

**REFRIGERATOR** - Thermostat; thermocouple; cooling unit; burner assembly; ignitor; L.P. fittings and connections; and PC board.

**BRAKING SYSTEM** - Drums; master cylinder; hydraulic or electrical brake actuators; and backing plates.

**SUSPENSION** - Wheel bearings; coil and leaf springs; spindles; axle shafts; and actuators. Rubberized suspension components.

**CHASSIS FRAME** - Metal only; all components in the lift crank system (For pop-up campers).

**AUXILIARY POWERPLANT/GENERATOR/ELECTRICAL** - All internally lubricated parts of the powerplant engine; starter; powerstep system; switches; and generator assembly; voltage regulator; gauges; and PC board. Head and/or cylinder block if damaged by the failure of an internally lubricated part. Factory installed 110/220V electrical system including breaker box and breakers; wiring; outlets and power converter/inverter; interior monitor/control panel.

**SEALS AND GASKETS** - All seals, gaskets and sealing boots are covered for all components that are listed.

**ENGINE** - All internally lubricated parts, including: pistons, pins and rings; connecting rods and bearings; crankshaft and main bearings; camshaft, followers and cam bearings; push rods, valves, springs, guides, seats and lifters; rocker arms, shafts and bushings; timing gear, chain, or belt, tensioners and retainers; eccentric shaft; oil pump; cylinder barrels. Engine head(s) and engine block if damaged by the failure of an internally lubricated part. Water pump; oil pan; intake and exhaust manifolds; engine mounts and cushions; engine torque strut, timing cover; valve cover(s); harmonic balancer; flywheel (flexplate) and flywheel ring gear; vacuum pump; dipstick and tube; and all pulleys.

**TRANSMISSION/TRANSFER CASE** - All internally lubricated parts contained within the transmission case; and transfer case; torque converter; vacuum modulator; internal linkage; mounts; oil pan; cooler and cooler lines; filler tube and dipstick. Transmission and transfer case if damaged by the failure of an internally lubricated part.

**DRIVE AXLE (FRONT AND REAR)** - All internally lubricated parts contained within the differential housing, transaxle housing and final drive housing. Axle shafts, constant velocity joints; universal joints; drive shafts, hub bearings; supports; retainers; and bearing; four wheel drive hubs and bearings; differential housing, transaxle housing and final drive housing if damaged by the failure of an internally lubricated part.

### E. NEW AND PRE-OWNED TRAVEL TRAILER AND POP-UP DELUXE COVERAGE

**WATER HEATER** - Burner assembly; tank; thermostat; thermocouple; gas valve; heating elements; electronic ignition assembly; wiring harness; fittings & connections; control panel; switches; and PC board.

**WASTE SYSTEM** - Shower; toilet; sink(s); holding tanks; gate valves; fittings and connections.

**FRESH WATER SYSTEM** - Water pump; compressor; water tank; water lines; traps; fittings and connections; and faucets.

**AIR CONDITIONING/VENTILATION** - Compressor; evaporator; capacitors; relays; thermostat; condenser; heat strips; heat pump; accumulator; expansion valve; receiver dryer; blower motor; switches; electronic module; reversing valve; PC boards; pressure cycling switch; ventilation fans; ducts and control panel.

**RANGE AND OVEN** - Burner assembly; thermostat; thermocouple; burner valves; microwave oven; power hood; L.P. fittings and connections; and PC board.

**L.P. GAS SYSTEM** - Regulators; valves and gauges; mounting brackets; pigtails; gas lines; fittings and shut-off system.

**HEATING SYSTEM** - Furnace ignitor; burner assembly; thermocouple; gas valve; thermostat; blower motor; heat pumps; heat strips; L.P. fittings and connections; and PC board.

**REFRIGERATOR** - Thermostat; thermocouple; cooling unit; burner assembly; ignitor; L.P. fittings and connections; and PC board.

**BRAKING SYSTEM** - Drums; master cylinder; hydraulic or electrical brake actuators; and backing plates.

**SUSPENSION** - Wheel bearings; coil and leaf springs; spindles; axle shafts; and actuators. Rubberized suspension components.

**CHASSIS FRAME** - Metal only; all components in the lift crank system (For pop-up campers).

**AUXILIARY POWERPLANT/GENERATOR/ELECTRICAL** - All internally lubricated parts of the powerplant engine; starter; powerstep system; switches; and generator assembly; voltage regulator; gauges; and PC board. Head and/or cylinder block if damaged by the failure of an internally lubricated part. Factory installed 110/220V electrical system including breaker box and breakers; wiring; outlets and power converter/inverter; interior monitor/control panel.

**SEALS AND GASKETS (NEW VEHICLES ONLY UNLESS OPTION IS PURCHASED)** - All seals, gaskets and sealing boots are covered for all components that are listed.

### OPTIONAL COVERAGE

**DIESEL ENGINE PACKAGE** - **Engine** - All covered engine parts listed above plus fuel injectors (**except for wear and tear and contamination**), fuel injection pump and fuel heater. **Turbo Charger** - All internally lubricated parts contained within the turbo charger housing. Turbo charger housing is covered **if damaged due to the failure of an internally lubricated part**. **Air Brakes** - Compressor; diaphragm; treadle; disc caliper; compensating valve; and slack adjusters.

**DELUXE COMPONENT COVERAGE** - Ice maker; freezer; dishwasher; washer/dryer (**excluding belts and hoses**); trash compactor; central vacuum cleaner system; external barbecue; tilt/telescoping steering assembly; horn and horn switches; spot light system; carbon monoxide/smoke detector; alarm sensors; garbage disposal; electronic/remote entrance; thermometer; compass; central locking system; power seat system; awning mechanism (**excluding cover**); hood and door hinges; hood latches and springs; door handles; seat tracks; interior/exterior light fixtures (**excluding bulbs**); electrical outlets; glove box door hinges and lock; shift lever; thermostat. Kitchen center, **if factory installed; or if dealer installed and meets all manufacturer specifications.**

**TOWING ALLOWANCE INCREASE** - **Increases** towing and road service limit from one hundred fifty dollars ($150) to three hundred dollars ($300), regardless of failure.

**COMMERCIAL USE (NEW VEHICLES ONLY)** - Commercial use coverage means **only** daily, weekly, or monthly rentals, short term (twelve (12) months or less) lease or primarily used for business purposes, e.g. a traveling salesperson. (Coverage does not include **taxi, shuttle, delivery services, principally used off road, or hauling.**)

**WATER COOLED DIESEL/GAS GENERATOR** - Oil pan; intake and exhaust manifolds; engine mounts; timing cover; flywheel; water pump; radiator; fan; fan clutch; coolant recovery tank; fuel pump; fuel distributor; carburetors; solenoids; electronic engine timing control unit; fuel injection sensors; control module, and fuel injectors; electronic ignition module, governor assembly (technical and electrical).

**STATIONARY LEVELING JACK SYSTEM** - Mechanical, electrical, hydraulic. Coach leveling system. Note: **Coverage is only available for systems which are factory installed or factory approved dealer installed.**

**STATIONARY LEVELING JACK SYSTEM/SLIDE OUT ROOM UNIT(S)COMBINATION** - Mechanical, electrical, hydraulic. Coach leveling system. Slide out room extension system(s). Note: **Coverage is only available for systems which are factory installed or factory approved dealer installed.**

**SLIDE OUT ROOM UNIT(S)** - Mechanical, electrical, hydraulic. Slide out room extension system(s).

**AUDIO/VIDEO** - TV (30" or less), VCR/VCP, stereo receiver, CD player, cassette player; antenna, satellite system, motor coverage.

Note: **Coverage is only available for systems which are factory installed or factory approved dealer installed.**

**ENTERTAINMENT/SECURITY (NEW VEHICLES ONLY)** - TV (30" or less), VCR/VCP, stereo receiver, CD player, cassette player; antenna, satellite system, motor coverage, rear monitor system, electronics entrance system, central locking system, anti-theft system, GPS. Note: **Coverage is only available for systems which are factory installed or factory approved dealer installed.**

NWF-2000 (11/02)    Pg 4

RAISED ROOF EXTENSION SYSTEM - Mechanical, electrical, hydraulic.

**SEALS AND GASKETS (PRE-OWNED VEHICLES ONLY)** - Provides seals, gaskets and sealing boots coverage on pre-owned vehicles for all components that are listed.

## WHAT IS NOT COVERED

**This Agreement does not provide coverage:**

a. Mechanical **Breakdowns** outside the United States and Canada.
b. **Vehicles** that do not have valid manufacturer VINs, or are title branded as salvage, junk, rebuilt, totaled or flood damaged.
c. Mechanical failure that exists at the time of retail sale, whether or not the failure would otherwise be covered by the **Agreement**; or if the information provided by **You** or the repair facility cannot be verified as accurate or is found to be deceptive.
d. Any loss resulting from inadequate amounts of coolant, lubricant or fluids.
e. Adjustments, tune-ups, alignments, road hazards, storage and freight.
f. Any loss caused by improper or contaminated fuels or other fluids.
g. Mechanical **Breakdowns** covered by manufacturer's warranty, manufacturer's recall, factory bulletins (regardless of whether or not the manufacturer is doing business as an ongoing enterprise), any Recreational **Vehicle** Service Agreement, written warranty or any valid and collectible insurance policy.
h. Damage or loss resulting from faulty or negligent repair work or from the installation of defective parts.
i. Damage to a non-covered part by a covered part(s) failure or damage to a covered part by a non-covered part(s) failure.
j. Any covered component which has not failed but which a repair facility recommends or requires to be repaired or replaced.
k. Liability for incidental and consequential damages, including, but not limited to, death, personal injury, physical damage, property damage, loss of use, loss of time, loss of profits or wages, inconvenience and commercial loss.
l. Equipment and accessories not installed by the manufacturer or Dealer, or improper installation of these items by the manufacturer or Dealer.
m. Repairs required as a result of (1) failure to properly care for or maintain the **Vehicle**; (2) fire, accident, abuse, negligence, theft, vandalism, riot, explosion, lightning, earthquake, windstorm, hail, environmental damage, pollution, war, nuclear damage; (3) failure to properly operate the **Vehicle**; (4) modification or any alteration to the **Vehicle** not approved or recommended by the manufacturer; (5) using the **Vehicle** for speed events, such as races or acceleration trials; (6) rust, chemicals, salt, sap, sand, dirt or other obstacles, cosmetic or paint changes, electrolysis, corrosion, smoke or soot; (7) collision; (8) freezing or ice damage; (9) water damage; (10) reverse polarity; (11) unauthorized repairs; (12) deterioration, condensation, contamination; (13) the failure or loosening of external fasteners and/or bolts.
n. Commercial Use, Diesel Engine Package, Backup Water Cooled Diesel or Gas Generator, Towing Allowance Increase and Seals and Gaskets (used) optional coverages are excluded unless the corresponding surcharges are paid.
o. For any **Breakdown** caused by misuse, abuse, negligence, lack of normal maintenance required by the manufacturer's maintenance schedule for **Your Vehicle**, or improper servicing by **You** after the effective date of this **Agreement**. For any **Breakdown** caused by sludge buildup or the failure to maintain proper levels of lubricants and/or coolants, or failure to protect **Your Vehicle** from further damage when a **Breakdown** has occurred.
p. Failure to protect **Your Vehicle** from further damage when a **Breakdown** has occurred.
q. For any repair or replacement of any covered part, if a **Breakdown** has not occurred or if the wear on that part has not exceeded the field tolerances allowed by the manufacturer.
r. If any alterations have been made to **Your Vehicle** or **You** are using or have used **Your Vehicle** in a manner not recommended by the manufacturer, including but not limited to, the failure of any custom or add-on parts, all frame or suspension modifications, lift kits, oversized/undersized tires, trailer hitches, emissions and/or exhaust system modifications or engine modifications.
s. Any replacement costs of filters, fluids, sealing boots, and seals and gaskets except as provided in this **Agreement**. Filters, lubricants, coolants, fluids and refrigerants will be covered only if replacement is required in connection with a covered **Breakdown** and only for the amount specified by the manufacturer.
t. For maintenance services and parts described in **Your Vehicle's** Owner's Manual as supplied by the manufacturer and other normal maintenance services and parts which include, but are not limited to: Alignments, Wheel Balancing, Tune-ups, Spark Plugs, Spark Plug Wires, Glow Plugs, Hoses (except Steering and Air Conditioning), Drive Belts, Brake Pads, and Brake Linings or Shoes, and Wiper Blades. Filters, Lubricants, Coolants, Fluids and Refrigerants will be covered only if replacement is required in connection with a **Breakdown**.
u. For any of the following parts: Carburetor, Battery, Shock Absorbers, Standard Transmission Clutch Assembly, Friction Clutch Disc and Pressure Plate, Throw Out Bearing, Manual and Hydraulic Linkages, Distributor Cap and Rotor, Safety Restraint Systems (including Air Bags), Glass, Televisions over 30", Plasma Televisions, Lenses, Sealed Beams, Light Bulbs, Brake Rotors and Drums, Exhaust and Emission Systems, Windshield Wiper Arms, Weather Stripping, Trim, Moldings, Furniture, Wall Coverings and Walling, Window Coverings, Cabinetry, Countertops, Upholstery, and Floor Coverings (such as carpet, tile, wood, and vinyl), Wood Items, Roofs, Bright Metal, Chrome, Zippers, Cup Holders, Ash Trays, Dash Pads, Squeaks, Rattles, Water Leaks, Wind Noise, Mirrors, Mirror Hinges, Hub Caps, Paint, Outside Ornamentation, Bumpers, Body Sheet Metal and Panels, Tires (except as may otherwise be provided under the SCHEDULE OF COVERAGES section), Wheels, Rims, Wheel Studs.
v. Repair costs or expenses due to gradual reduction in operating performance where the Mechanical **Breakdown** is due to normal wear and tear. This includes, but is not limited to; any repair when the purpose is to raise the engine's compression or stop oil consumption.
w. Any loss or expense if the odometer has been tampered with, altered or is inoperative.
x. Any repair for the purpose of correcting the engine compression or correcting oil consumption when a Mechanical **Breakdown** has not occurred. Valve grinding and/or worn rings are not covered.
y. Any loss caused by racing, or delivery purpose, or by pulling anything weighing more than what is recommended by the manufacturer, unless the **Vehicle** is equipped with a factory installed "Trailer Tow Package."

## RENEWABILITY (NEW VEHICLES ONLY)

**You** have the right to purchase an RV **Service Agreement** for additional time/mileage provided the request is made at least thirty (30) days and one thousand (1,000) miles prior to the expiration of the original **Agreement**. The cost would be determined by the Selling Dealer and would be based on the terms, coverages and deductible options available at that time and may not match the original **Agreement** Coverage.