IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| TROY D. NEWTON, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL WARRANTY OF FLORIDA, | ) |
| INC.; LYNDON PROPERTY INSURANCE | ) |
| CO., INC.; CHRIS CHISM; CENTRO | ) |
| INSPECTION AGENCY; RONALD | ) |
| BECKER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RECEIVED**

2005 NOV 23  P 3: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. CV-05-2604

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. § 1446(d), Defendants National Warranty of Florida, Inc.,

Lyndon Property Insurance Co., Inc., Chris Chisam, incorrectly designated in the

Complaint as "Chris Chism," Centro Inspection Agency and Ronald Becker hereby give

notice to the Circuit Court of Montgomery County, Alabama, and to the Plaintiff that

Defendants have filed a Notice of Removal in the United States District Court for the

Middle District of Alabama, Northern Division, and that this case has been removed to

that Court. Attached is a copy of the Notice of Removal.

Respectfully submitted,

W. MICHAEL ATCHISON
Bar No.: ASB-4005-T75W
ANTHONY C. HARLOW
Bar No: ASB-5692-W74A
G. MATTHEW KEENAN
Bar No.: ASB-4664-G63K

Attorneys for National Warranty of Florida, Inc.,
Lyndon Property Insurance Co., Inc., Chris
Chisam, Centro Inspection Agency and Ronald
Becker
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing pleading to be mailed
to counsel for all parties to this action on this the 23rd day of November, 2005.

Jeffrey C. Kirby
PITTMAN, HOOKS, DUTTON
  KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
(205) 322-8880

Respectfully submitted,

Anthony C. Harlow
Bar Number: ASB-5692-W74A
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
Telephone: (205) 868-6000
Facsimile: (205) 868-6099
e-mail: ach@starneslaw.com

2

{B0549916}