IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) |
| NATIONAL WARRANTY OF FLORIDA, INC.; LYNDON PROPERTY INSURANCE CO., INC.; CHRIS CHISM; CENTRO INSPECTION AGENCY; RONALD BECKER; et al., | ) ) ) ) ) ) |
|     Defendants. | ) ) |

CIVIL ACTION NO. 2:05-CV-1126-W

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on January 16, 2006 via telephone and attended by:

    Jeffrey C. Kirby for Plaintiff

    Anthony C. Harlow for Defendants

    2.    <u>Pre-Discovery Disclosures</u>.  The Parties will exchange by February 17, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

    3.    <u>Discovery Plan</u>.  The Parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects: the allegations of the Complaint, Defendants' defenses, and damages.

    All discovery commenced in time to be completed by January 31, 2007.

    Maximum of <u>30</u> interrogatories by each party to any other party. [Responses due <u>30</u> days after service.]

    Maximum of <u>30</u> requests for production by each party to any other party. [Responses due <u>30</u> days after service.]

Maximum of <u>30</u> requests for admission by each Party to any other Party. [Responses due <u>30</u> days after service.]

Maximum of <u>10</u> depositions by Plaintiff and <u>10</u> by Defendants.

Each deposition is limited to a maximum of <u>7</u> hours unless extended by agreement of Parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by October 6, 2006, and from Defendants by November 10, 2006.

Supplementation under Rule 26(e) due as needed with final supplementation due 30 days prior to the close of discovery.

4. <u>Other Items</u>.

The Parties do not request a conference with the court before entry of the scheduling order.

The Parties request a pretrial conference March 2007.

Plaintiff should be allowed until March 1, 2006 to join additional parties and to amend the pleadings.

Defendants should be allowed until April 2, 2006, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by January 31, 2007.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due 30 days prior to trial.

Parties should have <u>15</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by March 2007 and at this time is expected to take approximately 5 days.

{B0563287}                                 2

| | |
|---|---|
| /s/Jeffrey C. Kirby | /s/Anthony C. Harlow |
| Jeffrey C. Kirby - ASB-  | Anthony C. Harlow - ASB-5692-W74A |
| PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C. | STARNES & ATCHISON LLP |
| 2001 Park Place North | 100 Brookwood Place, 7th Floor |
| 1100 Park Place Tower | Post Office Box 598512 |
| Birmingham, Alabama 35203 | Birmingham, Alabama  35259-8512 |
| T – (205) 322-8880 | T – (205) 868-6000 |
| F – (205) 328-2711 | F – (205) 868-6099 |

{B0563287}

3