RECEIVED
2006 JAN 25 A 9: 24

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Troy D. Newton,                )
                               )
    Plaintiff(s),              )
                               )
v.                             )     CIVIL ACTION NO. 2:05cv1126-W
                               )
National Warranty of           )
Florida, Inc., et al.          )
    Defendant(s).              )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

1/24/06
Date

[Signature]
Signature

Troy D. Newton, Plaintiff
Counsel For (print name of all parties)

2001 Park Place N. Ste 1100
Address, City, State Zip Code  Birmingham AL 35203

(205) 322-8880
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101