IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL WARRANTY OF FLORIDA, INC.;<br>LYNDON PROPERTY INSURANCE CO., INC.;<br>CHRIS CHISM; CENTRO INSPECTION<br>AGENCY; RONALD BECKER; et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:05-CV-1126-W<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_1/17/06_
Date

_[signature]_
Anthony C. Harlow
Counsel for National Warranty of Florida, Inc.;
Lyndon Property Insurance Co., Inc.; Chris
Chism; Centro Inspection Agency; Ronald
Becker

STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
Post Office Box 598512
Birmingham, Alabama 35259-8512

(205) 868-6000
(205) 868-6099
Telephone Number

{B0563286}