IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL WARRANTY OF FLORIDA, | ) |
| INC.; LYNDON PROPERTY INSURANCE | )   CIVIL ACTION NO. 2:05-CV-1126-W |
| CO., INC.; CHRIS CHISM; CENTRO | ) |
| INSPECTION AGENCY; RONALD | ) |
| BECKER; et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## NOTICE OF FILING DISCOVERY

TO:

Debra P. Hackett, Clerk
U.S. Middle District of Alabama
B110 Frank M. Johnson , Jr.
U.S. Courthouse Complex
One Church Street
Post Office Box 711
Montgomery, Alabama  3610-0711

    PLEASE TAKE NOTICE that the undersigned has, by mail this date, served on all counsel of record the following:

    1.     Initial 261. Disclosures of Lyndon Properties Insurance Co.;

    2.     Initial 26.1 Disclosures of National Warranty of Florida.

{B0572806}

Respectfully submitted,


     /s/ Rik S. Tozzi
W. Michael Atchison – ASB-4005-T75W
Anthony C. Harlow – ASB-5692-W74A
Rik S. Tozzi – ASB-7144-Z48R
G. Matthew Keenan – ASB-4664-G63K
Attorneys for National Warranty of Florida,
Inc.; Lyndon Property Insurance Co., Inc.;
Chris Chisam; Centro Inspection Agency;
Ronald Becker
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000
(205) 868-6099

{B0572806}                2

## CERTIFICATE OF SERVICE

I do hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Carlson
C. Lee Reeves
Sirote & Permutt, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, Alabama 35255-5727
(205) 930-5100
(205) 930-5335

Benjamin T. Rowe
Patrick H. Sims
Donald J. Stewart
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal, LLP
Post Office Box 2906
Birmingham, Alabama 36652
(205) 716-5200
(205) 716-5389

Jere F. White, Jr.
Stephen J. Rowe
Enrique J. Gimenez
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799

 

 

        /s/ Rik S. Tozzi
Rik S. Tozzi – ASB-7144-Z48R
Attorneys for National Warranty of Florida, Inc.; Lyndon Property Insurance Co., Inc.; Chris Chisam; Centro Inspection Agency; Ronald Becker
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama, 35259-8512
(205) 868-6000
e-mail: rst@starneslaw.com

{B0572806}

3