IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NATIONAL WARRANTY OF FLORIDA, INC.; LYNDON PROPERTY INSURANCE CO., INC.; CHRIS CHISM; CENTRO INSPECTION AGENCY; RONALD BECKER; et al., | ) CIVIL ACTION NO. 2:05-CV-1126-W |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, by and through their respective counsel of record, and hereby request this Honorable Court to dismiss all claims of the Plaintiff against all remaining Defendants, with prejudice, with each Party to bear its own costs.

_____
ANTHONY C. HARLOW
Attorney for Defendants

OF COUNSEL:
STARNES & ATCHISON LLP
100 Brookwood Place, 7th Floor
Post Office Box 598512
Birmingham, Alabama  35259-8512
(205) 868-6000
(205) 868-6099

{B0651942}

_____
JEFFREY C. KIRBY
Attorney for Plaintiff

OF COUNSEL:
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
2001 Park Place North
Birmingham, Alabama 3203
(205) 322-8880
(205) 328-2711

2

{B0651942}