IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TROY D. NEWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.2:05cv1126-SRW |
| | ) |
| NATIONAL WARRANTY OF FLORIDA, INC., et al., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the joint stipulation of dismissal filed by the parties on January 5, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 12th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE